UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDGAR EMANUEL MORENO, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:26-CV-087 |
| § | |
| FIELD OFFICE DIRECTOR OF § | |
| ENFORCEMENT AND REMOVAL § | |
| OPERATIONS, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Petitioner Edgar Emanuel Moreno seeks a writ of habeas corpus to effectuate his immediate release from immigration custody. (Petition, Doc. 1)  In order to facilitate the Court's review, it is:

**ORDERED** that the parties shall appear for a status conference on February 10, 2026, at 1:30 p.m.  The Court will conduct the hearing via videoconference.  The Court's Case Manager will email a link to the parties on the morning of the hearing.

The Petitioner is responsible for serving a copy of this Order upon the Respondents.

Signed on January 30, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge