United States District Court
Southern District of Texas

**ENTERED**

May 20, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDGAR EMANUEL MORENO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-087 |
| | § | |
| FIELD OFFICE DIRECTOR OF | § | |
| ENFORCEMENT AND REMOVAL | § | |
| OPERATIONS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Edgar Emanuel Moreno is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. In this habeas action, Petitioner requests his release from custody, alleging claims under the Due Process Clause of the Fifth Amendment.

Respondents move for summary judgment, arguing that Petitioner's continued detention is authorized by 8 U.S.C. § 1226(c), or alternatively by Section 1226(a), and that Petitioner's due process claim fails as a matter of law. (MSJ, Doc. 7) On May 20, 2026, the Court held a hearing on the Motion.

For the reasons stated on the record, the Court finds that Respondents are entitled to summary judgment. Accordingly, it is:

**ORDERED** that Respondents' Motion for Summary Judgment (Doc. 7) is **GRANTED**; and

**ORDERED** that Petitioner Edgar Emanuel Moreno's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on May 20, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge